Caroline R. Djang (State Bar No. 216313)
cdjang@rutan.com
Samantha L. Goates (State Bar No. 310610)
sgoates@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone:  714-641-5100
Facsimile:  714-546-9035

[Proposed] Counsel for Chapter 7 Trustee
Richard A. Marshack

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>29 PRIME, INC.,<br><br>          Debtor. | Case No.  8:16-bk-12895-CB<br><br>Chapter 7<br><br>**APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY RUTAN & TUCKER, LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF CAROLINE R. DJANG IN SUPPORT**<br><br>[No Hearing Required] |

TO THE HONORABLE CATHERINE E. BAUER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER INTERESTED PARTIES:

Richard A. Marshack, in his capacity as Chapter 7 Trustee ("Trustee") of the Bankruptcy Estate ("Estate") of 29 Prime, Inc. ("Debtor"), respectfully submits this application ("Application") for entry of an Order authorizing the employment of Rutan & Tucker, LLP ("Firm") as the Trustee's general bankruptcy counsel in this case pursuant to 11 U.S.C. § 327, and as co-counsel with respect to the evaluation and prosecution of insider claims.

In support of this Application, the Trustee respectfully represents as follows:

Rutan & Tucker, LLP
attorneys at law

2562/032835-0004
10538595.1 a01/24/17

-1-

APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

## I. PERTINENT BACKGROUND FACTS

On July 8, 2016 (the "Petition Date"), Debtor filed a voluntary petition under Chapter 7 of Title 11 the United States Code. On the same day, Richard A. Marshack was appointed as Chapter 7 Trustee.

Trustee has been advised that the Estate may have claims against former management, officers, directors and employees for improper conduct including taking and using intellectual property and taking improper distributions (collectively, "Insider Claims"). Trustee seeks authority to retain the Firm as his general bankruptcy counsel, and as co-counsel to evaluate and prosecute claims against current and former officers, directors, shareholders, employees, and insiders (including friends or relatives of any insider).

## II. PROPOSED EMPLOYMENT OF THE FIRM

Based on the foregoing, the Trustee seeks to employ the Firm as general bankruptcy counsel, and as co-counsel with respect to prosecuting the Insider Claims at the expense of the Debtor's Estate, effective as of January 9, 2017. By this Application, the Trustee seeks to employ the Firm to perform the services set forth herein, pursuant to § 327(a) of the Bankruptcy Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1(b) of the Local Bankruptcy Rules for the Central District of California, on the terms and conditions set forth in this Application.

### A. The Firm's Qualifications for Employment

Trustee believes that the Firm is well qualified to render the foregoing services. As set forth in the attached Declaration of Caroline R. Djang (the "Djang Decl."), the Firm is the largest full-service law firm based in Orange County, California. In addition to its various practice areas, the Firm has several attorneys who focus their practice in the areas of insolvency, reorganization, creditors' rights, and bankruptcy law, and attorneys whose practice includes, among other things, intellectual property, corporate, labor, tax, real estate, and litigation. Moreover, the attorneys practicing law at the Firm have extensive experience in claims against officers, directors, employees and insiders. All attorneys

Rutan & Tucker, LLP
attorneys at law

2562/032835-0004
10538595.1 a01/24/17

-2-

APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

comprising or associated with the Firm who will render services in these cases are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California. A summary of the qualifications of those attorneys with the Firm who are expected to render services to the Committee is attached to the Djang Declaration as Exhibit "A."

In addition to acting as co-counsel to the Trustee in connection with the Insider Claims, the Trustee requires counsel to render the following types of professional services:

    a.    To evaluate and advise the Trustee regarding the merits of the Insider Claims;

    b.    To act as co-counsel in prosecuting the Insider Claims;

    c.    To represent the Trustee in proceedings or hearings in the United States Bankruptcy Court for the Central District of California involving matters of bankruptcy law and related matters;

    d.    To attempt to maximize the funds available to creditors, and to perform such other legal services as may be required in the interest of creditors;

    e.    To assist in the preparation of any pleadings, applications, orders, and other documents and papers as may be necessary in connection with this chapter 7 case; and

    f.    To perform such other and further services as typically may be rendered by counsel for a chapter 7 trustee.

Trustee and the Firm understand that, given the economics of the Debtor's bankruptcy case, the case must be managed effectively and economically. Trustee and the Firm will coordinate in an effort to administer this case in a manner that will be most beneficial to the Debtor's bankruptcy estate and its creditors.

For these reasons, among others, in the exercise of his reasonable business judgment, the Trustee believes that it is in the best interests of the Debtor's Estate for the Firm to be employed as general bankruptcy counsel to represent the Trustee.

Rutan & Tucker, LLP
attorneys at law

2562/032835-0004
10538595.1 a01/24/17

-3-

APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

## Compensation

Trustee will employ the Firm as counsel on an hourly rate basis, billed by tenths of an hour, for all time actually expended, which hourly rates are subject to adjustment from time to time. The Firm will charge and seek payment of its prevailing hourly rates for the services performed. These rates vary between $240 per hour and $750 per hour for attorneys (with lower rates for paralegals and clerks), depending upon the experience and background of the individual attorneys. It presently is anticipated that Caroline R. Djang and Samantha L. Goates will be principally involved in performing legal services for the Trustee; however, the Firm may utilize other attorneys and staff it determines to be best suited to the task, including attorneys with lower billing rates when feasible, consistent with the competent and efficient rendering of legal services. Ms. Djang's rate for 2017 is $495 per hour, and Ms. Goates' rate for 2017 is $270 per hour.

The Firm understands that any compensation in this case, from funds which are property of the Debtor's estate, is subject to approval of the Court, upon appropriate application and hearing in conformity with §§330 and 331 of the Bankruptcy Code. The Firm intends to apply to the Court, in conformity with §§330 and 331 of the Bankruptcy Code, for compensation and reimbursement for fees incurred and costs advanced with respect to the services identified hereinabove.

The Trustee seeks employment of the Firm pursuant to 11 U.S.C. §327. The Firm will seek compensation pursuant to 11 U.S.C. §§ 330 and 331.

## Disinterestedness

Bankruptcy Rule 2014 requires a professional seeking approval of its employment by the bankruptcy estate to disclose "any proposed arrangement for compensation, and, to the best of the applicant's knowledge, all of the person's connections with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee." All facts pertinent to a court's determination of whether the professional is disinterested or holds an interest adverse to the estate must be disclosed. The professional is required to make a

Rutan & Tucker, LLP
attorneys at law
2562/032835-0004
10538595.1 a01/24/17
-4-
APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

full, candid, and complete disclosure in its application for employment. *See In re Lotus Properties LP*, 200 B.R. 388, 391 (Bankr. C.D. Cal. 1996) citing *In re Park Helena Corp.*, 63 F.3d 877, 880-82 (9th Cir. 1995); *In re Gire*, 107 B.R. 739, 746 (Bankr. E.D. Cal. 1989); and Bankruptcy Rule 2014.

Except as disclosed herein and to the best of the Firm's knowledge, neither the Firm, nor any of the attorneys comprising or employed by it, has any connection with the Debtor or the Debtor's attorneys or accountants, the Debtor's creditors, or any other outside party in interest, or their respective attorneys or accountants.

Based on the foregoing, the Trustee believes that the Firm is a "disinterested person" within the meaning of Bankruptcy Code Section 101(14).

The Firm does not have an interest adverse to the Debtor or the bankruptcy estate.

As of the Petition Date, the Firm was not a creditor of the Debtor's bankruptcy estate and was not owed any funds by the Debtor.

To the best of the Firm's knowledge, and as set forth in the attached Djang Declaration, none of the attorneys comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, the United States Trustee, or any person currently employed in the Office of the United States Trustee.

**WHEREFORE**, the Trustee prays that the Court enter its order as follows:

1. Authorizing the Trustee to employ the Firm as his general bankruptcy counsel at the expense of the Debtor's estate, effective as of January 9, 2017, to represent the Trustee for the services set forth herein, pursuant to § 327 of the Bankruptcy Code, Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, and Rule 2014-1(b) of the Local Bankruptcy Rules for the Central District of California, on the terms and conditions set forth in this Application; and

/ / /

/ / /

Rutan & Tucker, LLP
attorneys at law

2562/032835-0004
10538595.1 a01/24/17

-5-

APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

2. Granting to the Trustee such other and further relief as is just and equitable under the circumstances of this case.

Dated: January 23, 2017

RUTAN & TUCKER, LLP
CAROLINE R. DJANG

By: /s/ Caroline R. Djang
Caroline R. Djang
[Proposed] Counsel for Chapter 7 Trustee
Richard A. Marshack

Dated: January 23, 2017

RICHARD A. MARSHACK

By: [signature]
Richard A. Marshack,
Chapter 7 Trustee

**DECLARATION OF CAROLINE R. DJANG**

I, Caroline R. Djang, declare as follows:

1.  I am a partner at the law firm of Rutan & Tucker, LLP (the "Firm"), proposed general bankruptcy counsel for Richard A. Marshack, Chapter 7 Trustee (the "Trustee") for the bankruptcy estate of 29 Prime, Inc. (the "Debtor").  I am a member in good standing of the State Bar of California and have been admitted to practice before this Court.  I make this Declaration in support of Application of Chapter 7 Trustee for Authority to Employ Rutan & Tucker, LLP as General Bankruptcy Counsel.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  This Declaration is also submitted as the statement required by Section 329 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules for the United States Bankruptcy Court for the Central District of California (the "Local Rules").

3.  I am familiar with the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Guidelines of the Office of the United States Trustee (the "U.S. Trustee"), and I will comply with them.

4.  I have reviewed the Court's PACER docket and the files contained therein for this case.  The citations in the Application are all to pleadings previously filed in this case by the U.S. Trustee, Debtor, and creditors and the docket numbers referenced herein are the docket numbers identified on PACER.  The information referenced in this Application from the pleadings filed in this case is true and accurate.

5.  The Firm is the largest full-service law firm based in Orange County, California.  In addition to its various practice areas, the Firm has several attorneys who focus their practice in the areas of insolvency, reorganization, creditors' rights, and bankruptcy law, and attorneys whose practice includes, among other things, intellectual

2562/032835-0004
10538595.1 a01/24/17    -1-    APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

Rutan & Tucker, LLP
attorneys at law

property, corporate, labor, tax, real estate, and litigation.  Moreover, the attorneys practicing law at the Firm have extensive experience in claims against officers, directors, employees and insiders.

6. All attorneys comprising or associated with the Firm who will render services in these cases are duly admitted to practice law in the courts of the State of California and in the United States District Court for the Central District of California.  A summary of the experience and qualifications of Rutan attorneys who are expected to work on this matter is attached hereto as <u>Exhibit A</u>.

7. Rutan will represent the Trustee as his general bankruptcy counsel based on Rutan's normal hourly rates.  It presently is anticipated that Caroline R. Djang and Samantha L. Goates will be principally involved in performing legal services for the Trustee; however, the Firm may utilize other attorneys and staff it determines to be best suited to the task, including attorneys with lower billing rates when feasible, consistent with the competent and efficient rendering of legal services.  Ms. Djang's rate for 2017 is $495 per hour, and Ms. Goates' rate for 2017 is $270 per hour.

8. The Firm has not received a retainer for the services to be performed herein.

9. The Firm understands that its compensation in this case is subject to approval of this Court pursuant to 11 U.S.C. §§327, 330 and 331.

10. The Firm has not shared or agreed to share any compensation to be received by it in the case with any other person, except as among partners of the Firm.

11. The Firm completed a conflicts check prior to submitting this Application.

12. To the best of my knowledge, neither the Firm, nor any of the attorneys comprising or employed by it, has any connection with the Debtor or the Debtor's attorneys or accountants, the Debtor's creditors, or any other outside party in interest, or their respective attorneys or accountants.

13. The Firm is not and was not an investment banker for any outstanding security of the Debtor.

Rutan & Tucker, LLP
attorneys at law

2562/032835-0004
10538595.1 a01/24/17

-2-

APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

14. The Firm has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the Debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the Debtor.

15. The Firm is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the Debtor or of any investment banker for any security of the Debtor.

16. As of the Petition Date, the Firm was not a creditor of the Debtor's bankruptcy estate, an equity security holder or an insider of the Debtor. The Firm has no pre-petition claim against Debtor's estate and was not owed any funds by the Debtor.

17. The Firm neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or an investment banker for any security of the Debtor, or for any other reason.

18. To the best of my knowledge, none of the attorneys comprising or employed by the Firm are related to any judge of the United States Bankruptcy Court for the Central District of California, the U.S. Trustee, or any person currently employed in the U.S. Trustee.

19. The Firm does not have an interest adverse to the Debtor or the bankruptcy estate.

Rutan & Tucker, LLP
attorneys at law

2562/032835-0004
10538595.1 a01/24/17

-3-

APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

1  20. Based on the foregoing, the Trustee believes that the Firm is a "disinterested
2  person" within the meaning of Bankruptcy Code §101(14).
3  After conducting or supervising the investigation described in Paragraph 11
4  above, I declare under penalty of perjury under the laws of the United States of America
5  that the foregoing is true and correct.
6  Executed this 24th day of January, 2016, at Costa Mesa, California.

/s/ Caroline R. Djang
Caroline R. Djang

Rutan & Tucker, LLP
attorneys at law

2562/032835-0004
10538595.1 a01/24/17

-4-

APPLICATION BY CHAPTER 7 TRUSTEE
TO EMPLOY RUTAN AS GENERAL
BANKRUPTCY COUNSEL

# EXHIBIT A





**Roger F. Friedman**
**Partner**

T: (714) 662-4604
RFriedman@rutan.com
www.rutan.com
**Orange County**

Roger Friedman is Co-Chair of the firm's Corporate Restructuring and Creditors' Rights Group and a partner in the firm's Business Litigation Section.  Roger's practice focuses on business litigation, creditors' rights, bankruptcy, insolvency, and reorganization. Roger represents secured and unsecured creditors, landlords and tenants, asset purchasers, trustees, creditors' committees, debtors, and other parties in bankruptcy cases, adversary proceedings, and litigation in federal and state courts. Roger regularly litigates and uses alternative dispute resolution to achieve efficient and economical results for his clients.

Roger graduated in 1992 with dual Bachelor of Arts degrees from the University of California, Riverside. While in college, Roger earned a spot on the Dean's List and the Student Athlete Honor Roll, and he competed in collegiate athletics at the national level. Roger graduated in 1996 with a Juris Doctor degree from The Catholic University of America, Columbus School of Law, where he served as a contributing author and staff member on the Journal of Contemporary Health Law and Policy.

Roger served as a law clerk to both the Honorable Mitchel R. Goldberg and the Honorable Robert W. Alberts, United States Bankruptcy Judges for the Central District of California.

Roger is a member of the State Bar of California and is admitted to practice in all California state courts. Roger also is admitted to practice in the United States Court of Appeals for the Ninth Circuit, and the United States District Court for the Central, Northern, Southern, and Eastern Districts of California.

### AREAS OF EXPERTISE

- Business Litigation
- Creditors' Rights
- Bankruptcy, Insolvency, Reorganization

### RECENT PRESENTATIONS

- Speaker, "Collecting and Keeping the Money: Pre-Judgment and Post-Judgment Remedies, and Bankruptcy Basics," In-House MCLE Breakfast Series, July 2015

### RELATED SERVICES

Business Litigation

Corporate Restructuring and Creditors' Rights

### EDUCATION

The Catholic University of America, Columbus School of Law (J.D., 1996), Journal of Contemporary Health Law and Policy

University of California, Riverside (B.A., 1992), Dean's List; Student Athlete Honor Roll

### BAR ADMISSIONS

California

### COURT ADMISSIONS

U.S. Court of Appeals for the Ninth Circuit

U.S. District Courts for the Central, Eastern, Northern and Southern Districts of California

- *Saddleback Valley Community Church v. El Toro Materials Company, Inc. (In re El Toro Materials Company, Inc.*), 504 F. 3d 978 (9th Cir. 2007)

**JUDICIAL CLERKSHIP**

- United States Bankruptcy Court, Central District of California, for The Honorable Mitchel R. Goldberg, and The Honorable Robert W. Alberts (1996-1997)

**COMMUNITY INVOLVEMENT**

- We Give Thanks, Vice President - Board of Directors
- Irvine Chamber of Commerce, Ambassadors Committee

**MEMBERSHIPS & ASSOCIATIONS**

- Orange County Bar Association
- Association of Business Trial Lawyers
- Orange County Bankruptcy Forum
- California Bankruptcy Forum
- American Bankruptcy Institute

© 2014 Rutan & Tucker

Connect with Rutan 

Exhibit A, Page 6





**Caroline R. Djang**
**Partner**

T: (714) 338-1803
cdjang@rutan.com
www.rutan.com
**Orange County**

Caroline R. Djang is a partner in the firm's Business Litigation Department and Co-Chair of the Corporate Restructuring and Creditors' Rights Practice Group. Ms. Djang's practice includes the representation of debtors, secured lenders, chapter 11 trustees, landlords, creditors' committees, and other creditors in bankruptcy cases and adversary proceedings.

Prior to joining Rutan & Tucker, Ms. Djang was a judicial law clerk at the U.S. Bankruptcy Court for seven years, clerking for U.S. Bankruptcy Judges Ellen Carroll, Vincent P. Zurzolo, Sheri Bluebond and Richard M. Neiter.

**NOTABLE RECENT MATTERS**

- Represent the Official Committee of Unsecured Creditors of a music-sharing website. Prosecuted avoidance actions, resulting in substantial recovery to the chapter 11 estate.

- Serve as local California bankruptcy counsel to a major national bank.

- Obtained summary judgment in favor of an international paper company in two related preference actions.

- Represented the debtor, a construction company located in Central California, in its chapter 11 case. Unsecured creditors were paid in full, and the secured lender obtained a substantial recovery.

- Prevailed on appeal on behalf of a counterparty to an executory contract, which had been rejected by a state court receiver.

- Represented a prepetition secured lender in a chapter 11 case in the District of Delaware, which resulted in payment in full to the lender through a § 363 sale of assets.

- Represented over 40 similarly-situated defendants in fraudulent transfer litigation, which resulted in dismissal with prejudice of the actions and allowed claims for each defendant.

- Defeated chapter 11 plan confirmation of a single asset real estate debtor and obtained relief from the automatic stay on behalf of a secured lender.

**RELATED SERVICES**

**Appellate Practice Group**

**Business Litigation**

**Corporate Restructuring and Creditors' Rights**

**EDUCATION**

Loyola Law School (J.D., 2001),

*Loyola of Los Angeles International & Comparative Law Review*, Senior Production Editor (2000-01)

University of Pennsylvania (B.A., 1996)

**BAR ADMISSIONS**

California, 2001

**COURT ADMISSIONS**

U.S. District Courts for the Central, Eastern,

Exhibit A, Page 7

- Represented a major title company in settling a potential multi-million dollar claim by a chapter 7 trustee.

- Represented the chapter 11 trustee in one of the most high-profile cases pending in the Central District of California.

- Represented a bottled water company based in San Diego in its chapter 11 case. Confirmed a chapter 11 plan and settled contentious litigation.

- Represented the chapter 11 trustee in a large real estate case in Santa Barbara.

- Confirmed a chapter 11 liquidating plan for a ramen company in Orange County.

- Settled and obtained dismissals in numerous avoidance actions on behalf of defendants.

- Represent numerous creditors, including landlords and holders of reclamation and § 503(b)(9) claims, in several major bankruptcy cases, such as Circuit City, Mervyn's, Lehman Brothers, Radio Shack and Loehmann's.

**PRESENTATIONS**

- Speaker, "Debtor Creditor Feud: The Basics Plus," Orange County Bar Association Business & Corporate Section, September 2015

- Speaker, "Collecting and Keeping the Money: Pre-Judgment and Post-Judgment Remedies, and Bankruptcy Basics," In-House MCLE Breakfast Series, July 2015

- Moderator, "The Future of Business & Development in Orange County" for Commercial Real Estate Women (CREW), September 2013

- Moderator, "Judges Roundtable: Increasing Efficiency in the Courtroom," California Bankruptcy Forum, May 2013

- Panelist, Orange County Korean American Bar Association, Fifth Annual Community Law School, April 2010

- Speaker, A Discussion of Ethical Issues in Bankruptcy Cases, Los Angeles Paralegal Association, January 2009

- Panelist, What Is Bankruptcy?, Loyola Law School Business Law Society, March 2008

**PUBLICATIONS**

- "Debunking the Sham Guaranty Defense," State Bar of California Real Property Section, E-Bulletin, November 2016

- "*In Rem* Relief from Stay - Affords relief from serial bankruptcies for real estate lenders," Orange County Business Journal, November 2015

- "Real Estate Lenders Relief From Serial Bankruptcies - aka '*In Rem*' Relief From Stay," California Mortgage Finance News, Spring 2014

- "Singled Out - Chapter 11 Provides Only Temporary Respite to an Entity in a Single Asset Real Estate Bankruptcy," Los Angeles Lawyer, January 2012

Northern and Southern Districts of California, 2001

tern," Marshalling Bankruptcy Cases Bombshell (Part I (Part II)," Los Angeles Daily Journal, November 2013

- "Volunteer Attorney Program Can Alleviate Bankruptcy Court's Massive Workload," Los Angeles Daily Journal, February 2011

**MEMBERSHIPS & ASSOCIATIONS**

- Vice President, Board of Directors, Orange County Bankruptcy Forum
- California Bankruptcy Forum Insolvency Conference Co-Chair (2016-2017)
- Member, Board of Directors, Make a Point Foundation
- NAPABA Bankruptcy, Restructuring and Creditors' Rights Committee Member
- Executive Committee Member, Provisors Costa Mesa
- Programs Planning Committee Member, Commercial Real Estate Women (CREW)
- Orange County Asian American Bar Association
- Orange County Bar Association Member, Commercial Law and Bankruptcy Section
- Women's Law Association of Orange County
- Public Law Center Pro Bono counsel
- Constitutional Rights Foundation of Orange County Attorney Scorer (2011-2015)

**AWARDS & HONORS**

- Southern California *Super Lawyers* 2017
- Central District of California Lawyer Representative to the Ninth Circuit Judicial Conference (2014 – 2017)
- Up-and-Coming 25: 2015 Orange County Rising Stars
- Up-and-Coming 50: 2015 Women Southern California Rising Stars
- Up-and-Coming 100: 2015 Southern California Rising Stars
- Southern California Super Lawyers, Rising Stars Edition - 2011, 2012, 2014, 2015
- OC Register's OC Metro Magazine Top Attorneys for 2014, 2015 (10.0 Avvo ranking)
- Lawyers of Color's Inaugural Hot List (Western Region) 2013

---

© 2016 Rutan & Tucker

Connect with Rutan    





**Samantha L. Goates**
**Associate**

T: (714) 338-1809

sgoates@rutan.com

www.rutan.com

**Orange County**

Ms. Goates is an associate in the firm's Business Litigation section, where her areas of practice include a wide range of business and civil litigation matters. She has worked on a variety of cases involving contract disputes, intellectual property, and business torts, including drafting motions, discovery and other related issues.

Samantha joined Rutan & Tucker after serving a one year federal clerkship for the Honorable Ronald M. Gould at the U.S. Ninth Circuit Court of Appeals in Seattle, Washington. While in law school, she gained further courtroom experience by representing an indigent client before the Ninth Circuit Court of Appeals and by externing for the Honorable Catherine E. Bauer at the U.S. Bankruptcy Court for the Central District of California in Santa Ana.

**RELATED SERVICES**

Business Litigation

**EDUCATION**

Louisiana State University (B.A., 2012), *magna cum laude*

University of California, Irvine (J.D., 2015), *magna cum laude*

**BAR ADMISSIONS**

California

**COURT ADMISSIONS**

California State Courts

© 2016 Rutan & Tucker

Connect with Rutan 

Exhibit A, Page 10

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
611 Anton Blvd., Ste. 1400, Costa Mesa, CA  92626.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY RUTAN & TUCKER, LLP AS GENERAL BANKRUPTCY COUNSEL; DECLARATION OF CAROLINE R. DJANG IN SUPPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) January 24, 2017, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Richard L Barnett     rick@barnettrubin.com, kelly@barnettrubin.com
- Richard A Marshack (TR)     pkraus@marshackhays.com, rmarshack@iq7technology.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) January 24, 2017, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith
United States Bankruptcy Court
411 West Fourth Street, Suite 5040
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 24, 2017 | Cecilia Solórzano | */s/ Cecilia Solórzano* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**